**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA EPSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | Case No. 3:12-cv-05954-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Civil Local Rule 6-1(a), it is agreed upon between the parties that the time for Defendant Continental Casualty Company to respond to Plaintiff Sara Epstein's Complaint is extended until January 11, 2013.

Dated: December 14, 2012

By:

/s/ *Brian W. Walsh*
Brian W. Walsh (State Bar No. 126483)
Elenius Frost & Walsh
555 Mission Street, Suite 330
San Francisco, CA 94105
Telephone: (415) 932-7013
Facsimile: (415) 932-7001
Email: brian.walsh@cna.com

*Attorneys for Defendant Continental Casualty Company*

By:

/s/ *Corinne Chandler*
Corinne Chandler (State Bar No. 111423)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
Email: cchandler@kantorlaw.net

*Attorneys for Plaintiff Sara Epstein*

Dated: 12/21/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA