**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA EPSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant.<br>_____<br>CONTINENTAL CASUALTY COMPANY,<br><br>    Counter-claimant,<br><br>vs.<br><br>SARA EPSTEIN,<br><br>    Counter-defendant. | Case No. 3:12-cv-05954-JCS<br><br>~~PROPOSED~~ **ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**<br><br>**JOINT CASE MANAGEMENT CONFERENCE**<br>**March 1, 2013**<br>**1:30 p.m.** |

**~~PROPOSED~~ ORDER GRANTING REQUEST**
**TO APPEAR BY TELEPHONE**

The Court, having reviewed the request of Defendant Continental Casualty Company for one of its attorneys to appear by telephone for the Case Management Conference, set for Friday, March 1, 2013, at 1:30 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and finding good cause exists for the request, hereby grants the request.

Brent R. Austin shall be permitted to appear at the Case Management Conference by telephone and shall ~~call _____ to participate~~. provide a direct land line number to the Clerk by 2/27/13. Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

**IT IS SO ORDERED.**

**DATED:** __2/25__ . **2013**

By: _____
**The Hon. Joseph C. Spero**
**United States Magistrate Judge**

*IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero*

---

PROOF OF SERVICE – CIVIL (PERSONS SERVED) - 1