Glenn R. Kantor - SBN 122643)
 E-mail: gkantor@kantorlaw.net
Corinne Chandler – SBN 111423
 E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
SARA EPSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA EPSTEIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　Defendants. | **Case No.: 3:12-cv- 05954-JCS**<br><br>**PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>**Date:  March 1, 2013**<br>**Time: 1:30 p.m.** |

**PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE**

Pursuant to Local Rule 16-10, Plaintiff Sara Epstein hereby requests that the Court allow her attorney, Corinne Chandler, to appear by telephone at the Case Management Conference set for Friday, March 1, 2013, at 1:30 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

DATED: February 21, 2013                           KANTOR & KANTOR, LLP

                                    By    /s/ Corinne Chandler
                                          Corinne Chandler
                                          Attorneys for Plaintiff Sara Epstein

1
PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE
AT CASE MANAGEMENT CONFERENCE

**~~PROPOSED~~ ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**

The Court, having reviewed the request of Plaintiff Sara Epstein for her attorney to appear by telephone at the Case Management Conference, set for Friday, March 1, 2013, at 1:30 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and finding good cause exists for the request, hereby grants the request.

Corinne Chandler shall be permitted to appear at the Case Management Conference by telephone and shall ~~call _____ to participate~~ provide a direct land line number to the Clerk by 2/27/13. Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

IT IS SO ORDERED.

DATED: __2/25__. 2013         By: _____
                                  The Honorable Joseph C. Spero
                                  United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525