Glenn R. Kantor - SBN 122643)
 E-mail: gkantor@kantorlaw.net
Corinne Chandler – SBN 111423
 E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
SARA EPSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA EPSTEIN,<br><br>            Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>            Defendants. | Case No.: 3:12-cv- 05954-JCS<br><br>**PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  June 14, 2013<br>Time: 1:30 p.m. |

**PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE**

Pursuant to Local Rule 16-10, Plaintiff Sara Epstein hereby requests that the Court allow her attorney, Corinne Chandler, to appear by telephone at the Case Management Conference set for Friday, June 14, 2013, at 1:30 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

DATED: June 6, 2013                                          KANTOR & KANTOR, LLP


                                                                         By     /s/ Corinne Chandler
                                                                                  Corinne Chandler
                                                                                  Attorneys for Plaintiff Sara Epstein

1 **~~PROPOSED~~ ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**

2 The Court, having reviewed the request of Plaintiff Sara Epstein for her attorney to appear

3 by telephone at the Case Management Conference, set for Friday, June 14, 2013, at 1:30 p.m. in

4 Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and finding good

5 cause exists for the request, hereby grants the request.

6 Corinne Chandler shall be ~~permitted to appear at the Case Management Conference by~~ on phone standby beginning at 1:30 PM and await the Court's

7 ~~telephone and shall call _____ to participate~~. call. If Ms. Chandler has a direct land line number, it should be provided to the Court by 6/13/13.

8

9 IT IS SO ORDERED.

10

11 DATED: _____06/7_____. 2013 By: _____

12 The Honorable
United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE
AT CASE MANAGEMENT CONFERENCE