Glenn R. Kantor - SBN 122643)
 E-mail: gkantor@kantorlaw.net
Corinne Chandler – SBN 111423
 E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
SARA EPSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA EPSTEIN,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>                    Defendants. | Case No.:  3:12-cv- 05954-JCS<br><br>**PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  June 14, 2013<br>Time:  1:30 p.m. |

**PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE**

Pursuant to Local Rule 16-10, Plaintiff Sara Epstein hereby requests that the Court allow her attorney, Corinne Chandler, to appear by telephone at the Case Management Conference set for Friday, June 14, 2013, at 1:30 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

DATED: June 6, 2013                    KANTOR & KANTOR, LLP


                                       By     /s/ Corinne Chandler
                                              Corinne Chandler
                                              Attorneys for Plaintiff Sara Epstein

1  **~~PROPOSED~~ ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**

2  The Court, having reviewed the request of Plaintiff Sara Epstein for her attorney to appear by telephone at the Case Management Conference, set for Friday, June 14, 2013, at 1:30 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and finding good cause exists for the request, hereby grants the request.

Corinne Chandler shall be on phone standby beginning at 1:30 PM and await the Court's call. If Ms. Chandler has a direct land line number, it should be provided to the Court by 6/13/13. ~~permitted to appear at the Case Management Conference by telephone and shall call _____ to participate~~.

IT IS SO ORDERED.

DATED: ____06/7____, 2013        By: 
The Honorable Judge Joseph C. Spero
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2

PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE
AT CASE MANAGEMENT CONFERENCE