UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA EPSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant.<br>_____<br>CONTINENTAL CASUALTY COMPANY,<br><br>    Counter-claimant,<br><br>vs.<br><br>SARA EPSTEIN,<br><br>    Counter-defendant. | Case No. 3:12-cv-05954-JCS<br><br>~~PROPOSED~~ **ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**<br><br>**JOINT CASE MANAGEMENT CONFERENCE**<br>June 14, 2013<br>1:30 p.m. |

### ~~PROPOSED~~ ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE

The Court, having reviewed the request of Defendant Continental Casualty Company for one of its attorneys to appear by telephone for the Case Management Conference, set for Friday, June 14, 2013, at 1:30 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and finding good cause exists for the request, hereby grants the request.

Brent R. Austin shall be permitted to appear at the Case Management Conference by telephone and shall await the Court's call and be available beginning at 1:30 p.m.

**IT IS SO ORDERED.**

**DATED:** __June 10__. 2013

**By:** _____
The Honorable Joseph C. Spero
United States Magistrate Judge

Proposed Order Granting Request to Appear by Telephone 1                Case No. 3:12-cv-05954-JCS